### 18101.    CARTER v. TYSON.

BLOODWORTH, J.  The evidence authorized the verdict in favor of the plaintiff; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1927.

Complaint; from Cook superior court—L. W. Branch, judge pro hac vice.   March 24, 1927.

*Jeff S. Story,* for plaintiff in error.   *H. W. Nelson,* contra.

New Trial, 29 Cyc. p. 942, n. 95.